RUSSELL *v.* THE STATE.

CRIMINAL LAW. MURDER. MANSLAUGHTER.

The evidence showing that the prisoner and deceased, a much larger
man, were in a quarrel in the field where they were at work ; that
after giving the deceased the "damned lie," the prisoner went to
a branch near by, took a drink of water, procured a flint stone
about the size of one's fist, put it in his pocket, and returned to
the scene of the quarrel; that the deceased resumed the quarrel,
and advanced upon him with a knife, threatening to kill him;
that the prisoner, in resistance to this assault, struck the deceased
with a stick which he had in his hand to work with; that the de-
ceased, continuing to advance, cut the prisoner in the jaw with his
knife, also cut his hat in several places, and after breaking the
knife, started off looking down in a stooping position as if intend-
ing to procure a stone or something else to fight with; that an-
other person present threw a stone at deceased and hit him in the
back, and that immediately thereafter the prisoner also threw
the stone which he had concealed in his pocket, and hitting him
on the back of the head, inflicted the mortal wound: *Held,* that
the offence was not murder, but voluntary manslaughter.

BLECKLEY, C. J., *dubitante.*                    *Judgment reversed.*

February 3, 1892.

Before Judge BOYNTON.    Newton superior court. March term, 1891.

J. M. PACE and E. F. EDWARDS, by brief, for plaintiff in error.

W. A. LITTLE, attorney-general, by J. H. LUMPKIN, and E. WOMACK, solicitor-general, *contra*.